Sophie Steglich, Appellant, v. Reinhardt Schneider, as Executor of and Trustee under the Last Will and Testament of Augusta Steglich, Deceased, Respondent.— Judgment affirmed, with costs. No opinion.

Edmund Muth, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Catherine M. Bernadac, as Administratrix, etc., of Frank Bernadac, Deceased, Respondent, v. Schencke Piano Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Moses Valentine, Appellant, v. Jacob Rabinowitz, Respondent.— Judgment affirmed, with costs. No opinion.

Richard B. Aldcroftt, Jr., as Trustee of Lillie M. Terry, under a Separation Agreement between George S. Terry and Lillie M. Terry, His Wife, Respondent v. George S. Terry, Appellant.— Judgment and order affirmed, with costs. No opinion.

Simeon Cohen, an Infant under the Age of Eighteen Years, by Simon II. Glass, as the Next Friend of Said Infant, Appellant, v. Rose Katz, Otherwise Called Rose Cohen, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. No opinion. (Ingraham, P. J., and Scott, J., dissenting on dissenting opinion in *Berry* v. *Berry*, 130 App. Div. 53.)

The Berger Manufacturing Company, Respondent, v. The City of New York and Others, Impleaded with Lewis F. Shoemaker and Company, Appellant.— Judgment affirmed, with costs. No opinion.

Oscar W. Jeffery, as Receiver of the Ridgway Belt Conveyor Company, Appellant, v. Ferral C. Dininny, Respondent.— Judgment affirmed, with costs. No opinion.

William M. Simpson, Appellant, v. Walter C. Hubbard and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

William M. Simpson, Appellant, v. Richard A. Springs and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

Ralph Meyer, Respondent, v. Florence F. Murphy, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Tillie Maas and Others, Appellants, v. Samuel Horowitz and Samuel Rabinowitz, Respondents.— Judgment affirmed, with costs. No opinion.

In the Matter of the Estate of James K. Mott, Deceased. Catherine M. Palmer, Appellant, v. James B. Bailey, Trustee of James K. Mott, Respondent.— Decree affirmed, with costs. No opinion.

John L. Miller, Respondent, v. Herman Raub, Impleaded with John H. Springer, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Jacob Levine, Appellant, Impleaded with Others.— Judgment affirmed. No opinion.